# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE


Rosemary A. Gilroy

    v.                                                    No. 07-fp-074

Ameriquest Mortgage Company and
AMC Mortgage Services, Inc.


## ORDER GRANTING REQUEST TO
## PROCEED IN FORMA PAUPERIS


Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **07-cv-074-JD**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date:  March 23, 2007

cc:  Rosemary A. Gilroy, pro se

Dockets.Justia.com