**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Rosemary A. Gilroy

    v.                              No. 07-fp-074

Ameriquest Mortgage Company and
AMC Mortgage Services, Inc.

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **07-cv-074-JD**.

**SO ORDERED.**

                                                _/s/ James R. Muirhead_
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: March 23, 2007

cc:    Rosemary A. Gilroy, pro se