UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Rosemary A. Gilroy</u>

        v.                                        Civil No. 07-cv-74-JD

<u>Ameriquest Mortgage Company, et al.</u>


<u>O R D E R</u>

On July 23, 2007, the Clerk's Office forwarded service documents to the U. S. Marshal's Office for service on both defendants. On September 10, 2007, a completed return of service was filed as to defendant Ameriquest Mortgage Co. Also on that date, service was returned unexecuted as to defendant AMC Mortgage Services, Inc. A copy of the unexecuted return is herewith attached.

    Ms. Gilroy shall provide the court with a current address for AMC Mortgage Services, Inc. Upon receipt of the current address, the Clerk's Office shall make service as outlined in my July 23, 2007 Order.

    SO ORDERED.


September 10, 2007                        /s/ James R. Muirhead
                                                  James R. Muirhead
                                                  United States Magistrate Judge


cc:    Rosemary Gilroy, pro se
        William Amann, Esq.