```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

**Rosemary Gilroy**

    **v.**　　　　　　　　　　　　　　　　　　Case No. 07-cv-74-JD

**Ameriquest Mortgage Company, et al.**

## SCHEDULING ORDER

**COUNSEL PRESENT/REPRESENTING:**　Rosemary A. Gilroy, pro se
　　　　　　　　　　　　　　　　　　William J. Amann, Esq.

## CASE SUMMARY

**DEMAND:**　Made

**OFFER:**　March 28, 2008

**TYPE OF TRIAL:**　Bench

## DISCOVERY

**TRACK ASSIGNMENT:**　Standard

**DISCOVERY NEEDED:**　Usual plus a Rule 35 exam

**MANDATORY DISCLOSURES (Fed. R. Civ. P. 26(a)(1)):**　May 2, 2008

**COMPLETION OF DISCOVERY:**　October 3, 2008

**INTERROGATORIES:**　Per Rule 33

**REQUESTS FOR ADMISSION:**　Per Rule 36

**DEPOSITIONS:**　Per Rule 31

**DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:**

　**Plaintiff:** December 5, 2008　**Defendant:** January 19, 2009

**CHALLENGES TO EXPERT TESTIMONY:**     February 29, 2009

## OTHER ITEMS

**JOINDER OF ADDITIONAL PARTIES:**

   **Plaintiff**: December 5, 2008   **Defendant**: December 5, 2008

**THIRD-PARTY ACTIONS:**          December 5, 2008

**AMENDMENT OF PLEADINGS:**       December 5, 2008

**DISPOSITIVE MOTIONS:**
    **To Dismiss:**              June 6, 2008
    **For Summary Judgment:**    October 17, 2008

**SETTLEMENT POSSIBILITIES:**     Being explored

**JOINT STATEMENT RE MEDIATION:**

   Defendant has requested mediation and plaintiff has acknowledged an interest in mediation.  The court will appoint one of its most experienced mediators with extensive commercial law experience provided that defendant agrees to pay the mediator's cost of $175.00 per hour (plaintiff is unable to pay one-half of the costs).

**TRIAL DATE:**   February 18, 2009


   **SO ORDERED.**


                                       /s/James R. Muirhead
                                       James R. Muirhead
                                       United States Magistrate Judge

February 28, 2008

cc:  Rosemary A. Gilroy, pro se
     William J. Amann, Esq.