**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Rosemary A. Gilroy

    v.                                  Civil No. 07-cv-74-JD

Ameriquest Mortgage Company
AMC Mortgage Services, Inc.

**O R D E R**

Pursuant to Local Rule 15.1(b), Plaintiff is hereby notified that an amended complaint must be filed in order to make service on the defendants named in the Motion to Amend Complaint (Document no. 43).

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: June 11, 2008

cc:    Rosemary A. Gilroy, pro se
        William J. Amann, Esq.