UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Rosemary Gilroy</u>

       v.                             Civil No. 07-cv-74-JD

<u>Ameriquest Mortgage Company, et al.</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Exhibits M and S in support of Plaintiff's Objection to Motion for Summary Judgment in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Objection to Motion for Summary Judgment. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Objection to Motion for Summary Judgment, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                                                James R. Muirhead
                                                                United States Magistrate Judge

Date:  January 7, 2009


cc:    Rosemary Gilroy, pro se
        Thomas Tretter, Esq.