UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Rosemary A. Gilroy

    v.                                         Civil No. 07-74-JD

Ameriquest Mortgage Company


PROCEDURAL ORDER

The final pretrial conference was held on this date.  During the conference the plaintiff requested that the trial of this matter be postponed due to the fact that her mother was admitted to a nursing home today and she wanted to spend time with her to help her adjust to her new situation.

The plaintiff shall file with the court, under seal, a letter from the Administrator of the facility to which the plaintiff's mother was admitted stating the date on which she was admitted.  Said letter shall be filed by March 20, 2009.


SO ORDERED.

                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

March 9, 2009

cc:  Rosemary A. Gilroy, pro se
     Thomas C. Tretter, Esquire