```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Rosemary A. Gilroy

    v.                    Civil No. 07-cv-74-JD

Ameriquest Mortgage Company, et al.

ORDER

    Re: Document No. 159, Motion to Request that the Transcript of the Proceedings of the Trial Date be Prepared for and Provided to the Plaintiff and Plaintiff's Fee be Waived

    Ruling: Based on the statement in paragraph 1 of this motion, the plaintiff does not appear to be appealing the decisions of this Court. However, she has filed a notice of appeal. Since the record is not clear as to what the plaintiff's intentions are, the Court declines to approve the preparation of a transcript at government expense at this time. 28 USC § 753(f). The plaintiff can attempt to clarify the record concerning her intentions. Furthermore, any clarification should include justification for requesting the entire transcript instead of only selected portions of it.

                                       /s/ Joseph A. DiClerico, Jr.
                                       Joseph A. DiClerico, Jr.
                                       U.S. District Judge

Date: October 4, 2009

cc:   Rosemary A. Gilroy, pro se
      Thomas C. Tretter, Esq.
      William Philpot, Jr., Esq.