UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*******************************
                              *
Rosemary A. Gilroy            *   Civil No. 07-cv-074-JD
      Plaintiff               *
v.                            *
                              *
Ameriquest Mortgage Company   *
      Defendant               *
         &                    *
AMC Mortgage Services, Inc.   *
      Defendant               *
                              *
                              *
*******************************
```

## ORDER ON JOINT STIPULATION FOR ENTRY OF ORDER
## VACATING AND DISMISSING JUDGMENT

Having reviewed and considered the joint stipulation submitted by Plaintiff, Rosemary A. Gilroy and Defendants, Ameriquest Mortgage Company and AMC Mortgage Services, Inc., said Stipulation is approved and Order of this court dated June 17, 2009 is hereby vacated and dismissed.

SO ORDERED.

October 9, 2009                      /s/ Joseph A. DiClerico, Jr.
_____              _____
Date:                                By:
                                     United States District Judge